Todd M. Friedman (SBN 216752)
Nicholas J. Bontrager (SBN 252114)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

L. Paul Mankin, IV (SBN 264038)
Law Offices of L. Paul Mankin, IV
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228
*Admission to USDC SDCA pending*

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDEE MCNALLY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH FINANCIAL SYSTEMS, INC., DBA NCC A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, INC. and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No. 3:12-cv-02770-IEG-MDD <br><br> <u>**NOTICE OF SETTLEMENT BY PLAINTIFF, CINDEE MCNALLY**</u> |

NOW COMES THE PLAINTIFF by and through her attorneys to respectfully notify this Honorable Court that this case has settled **on an individual basis**. Plaintiff requests that this Honorable Court allow sixty (60) days with which to

file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

DATED: April 4, 2013

By:      */s/ Todd M. Friedman*
Todd M. Friedman
Nicholas J. Bontrager
Attorneys for Plaintiffs

Filed electronically on this 4th day of April, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Irma E. Gonzalez
United States District Court
Southern District of California

Notification sent via electronic mail (e-mail) to:

Matthew Healy
Commonwealth Financial Systems, Inc.
Mhealey@necredit.com

This 4th day of April, 2013.

s/Todd M. Friedman
Todd M. Friedman